**FILED**
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC **21** 2020

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROBERTA JONES                                                    PLAINTIFF

VS.                          Case No. 4:20-cv- 1481 - DPM

MAPCO EXPRESS, INC.                                              DEFENDANT

### NOTICE OF REMOVAL

COMES Defendant, MAPCO Express, Inc., pursuant to 28 U.S.C. §§ 1441 and 1446, and for its Notice of Removal of this action from the Circuit Court of Pulaski County, Arkansas, to United States District Court for the Eastern District of Arkansas, Central Division, based on diversity of citizenship, 28 U.S.C. § 1332, states:

1.      This action was commenced on December 7, 2020, when Plaintiff filed her Complaint in the Circuit Court of Pulaski County, Arkansas.

2.      This action is pending in Pulaski County Circuit Court Case No. 60CV-20-6899 captioned *Roberta Jones v. MAPCO Express, Inc.*

3.      Plaintiff purportedly served Defendant with a Summons and Complaint on or about December 8, 2020.

4.      Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant files this Notice of Removal of the state court civil action that is described below, based on diversity of citizenship. 28 U.S.C. § 1332.

This case assigned to District Judge Marshall
and to Magistrate Judge Kearney

5.    This Notice of Removal is timely filed under 28 U.S.C. § 1446(b) having been filed within thirty (30) days of Defendant's receipt of Summons and Complaint.

6.    A copy of the Notice of Removal is being filed with the Circuit Court of Pulaski County in the underlying matter and a copy of the Notice of Removal is attached hereto as Exhibit A.

7.    Copies of all pleadings and process filed in this action with the Pulaski County Circuit Court are attached hereto as Exhibit B.

8.    Plaintiff is a resident of Pulaski County, Arkansas.

9.    Defendant MAPCO Express, Inc., is incorporated in Delaware and has a principal place of business in Franklin, Williamson County, Tennessee.  Therefore, for diversity purposes, it is a citizen of states other than Arkansas.

10.    The amount in controversy exceeds $75,000 exclusive of interest and costs.

11.    There is complete diversity of citizenship between Plaintiff and MAPCO Express, Inc., the only Defendant that is joined and served.  This Court has jurisdiction over this civil action under 28 U.S.C. § 1332.

12.    This Court is the appropriate Court for removal of this action under 28 U.S.C. § 1446(a).

13.    The United Stated District Court for the Eastern District of Arkansas, Central Division, embraces Pulaski County Circuit Court, the county in which the state court action is now pending.  Thus, this action may be removed to this Court pursuant to 28 U.S.C. § 1441.

14.    Defendant consents to this removal, and the undersigned counsel represents Defendant in this matter.

15.    Undersigned counsel states this removal is well grounded in fact, warranted by existing law, and not interposed for an improper purpose.

Therefore, Defendant, MAPCO Express, Inc., gives notice of removal of this action to this Court and respectfully requests that this Court grant Defendant all just and proper relief.

Respectfully submitted,

BARBER LAW FIRM PLLC
425 W. Capitol Avenue, Suite 3400
Little Rock, AR  72201
Ph:    501-372-6175
Fax:    888-412-3288

By:_____
J. Carter Fairley #99068
ATTORNEY FOR DEFENDANT
cfairley@barberlawfirm.com

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
CIVIL DIVISION

ROBERTA JONES                                                        PLAINTIFF

Vs.                              No. 60CV-20-6899

MAPCO EXPRESS, INC.                                              DEFENDANT

## NOTICE TO STATE COURT OF REMOVAL TO FEDERAL COURT

Pursuant to 28 U.S.C. § 1446(d), Defendant hereby notifies the Plaintiff and this Court that this action has been removed to the United States District Court for the Eastern District of Arkansas, Central Division.  A copy of the Notice of Removal filed with that Court is attached as Exhibit "1."

Respectfully submitted,

BARBER LAW FIRM PLLC
425 W. Capitol Avenue, Suite 3400
Little Rock, AR  72201
501-372-6175
888-412-3288 = fax

By:___/s/ J. Carter Fairley_____
       J. Carter Fairley #99068
       ATTORNEY FOR DEFENDANT
       cfairley@barberlawfirm.com



## CERTIFICATE OF SERVICE

I, J. Carter Fairley, hereby state that on this 21ST day of December, 2020, I have electronically filed the foregoing with the Clerk of the Court using the E-Filing system, which shall send notification of such filing to the following or otherwise be forwarded via U.S. Mail to all counsel of record herein.

Cheston Wright, Esq.
Taylor King Law
410 N. Thompson St., Suite B
Springdale, AR  72764
chestonwright@taylorkinglaw.com
**Attorney for Plaintiff**

/s/ J. Carter Fairley
J. Carter Fairley

**IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS**
**CIVIL DIVISION**

ROBERTA JONES                                                        PLAINTIFF

V.                              CASE NO.   60CV-20-

MAPCO EXPRESS, INC.                                              DEFENDANT

<u>SUMMONS</u>

*THE STATE OF ARKANSAS TO DEFENDANT*:

**Mapco Express, Inc.**
**UCS of Arkansas, Inc.**
**300 Spring Building, Suite 900**
**300 S. Spring Street**
**Little Rock, Arkansas 72201**

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: *Cheston Wright, Taylor King Law, P.A., 410 N. Thompson St., Suite B, Springdale, AR 72764.*

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

PULASKI COUNTY CLERK OF COURT

Address of Clerk's Office:
401 W. Markham St., #100
Little Rock, AR 72201

By: _____, DC

Date: _____

[SEAL]

EXHIBIT
"B"

*No60CV-20-*     *This summons is for Mapco Express, Inc..*

**PROOF OF SERVICE**

☐ On _____ [date] I personally delivered the summons and complaint to the defendant at _____ [place]; or

☐ After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or

☐ On _____ [date] I left the summons and complaint with _____, a member of the defendant's family at least 18 years of age, at _____ [address], a place where the defendant resides; or

☐ On_____ [date] I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant]; or

☐ On _____ [date] at _____ [address], where the defendant maintains an office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with
_____ [name and job description]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service because: _____

_____

My fee is $ _____.

*To be completed if service is by a sheriff or deputy sheriff:*

Date: _____          SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
[Signature of server]

_____
[Printed name, title, and badge number]

*To be completed if service is by a person other than a sheriff or deputy sheriff:*

Date: _____          By: _____
[Signature of server]

_____
[Printed name]

Address: _____

_____

Phone: _____

Subscribed and sworn to before me this date: _____

_____
Notary Public

My commission expires: _____

Additional information regarding service or attempted service:

_____

_____



Arkansas Judiciary

**Case Title:**      ROBERTA JONES V MAPCO EXPRESS, INC

**Case Number:**   60CV-20-6899

**Type:**           SUMMONS - FILER PREPARED

So Ordered

*Linda Quinn*

Linda Quinn

Electronically signed by LFQUINN on 2020-12-07 09:57:03     page 4 of 4

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2020-Dec-07 09:04:40
60CV-20-6899
C06D09 : 5 Pages

1

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
## CIVIL DIVISION

ROBERTA JONES                                                    PLAINTIFF

V.                           CASE NO.   60CV-20-

MAPCO EXPRESS, INC.                                             DEFENDANT

## COMPLAINT

**COMES NOW** the Plaintiff, Roberta Jones, by and through her attorneys, Taylor King Law, and for her cause of action states as follows:

## PARTIES AND JURISDICTION

1.    Plaintiff Roberta Jones, (hereinafter referred to as "Plaintiff), was at all times relevant to this action, and still is, an individual residing in Little Rock, Pulaski County, Arkansas.

2.    That Defendant, Mapco Express, Inc. (hereinafter referred  to as "Mapco")  is a foreign corporation doing business in the State of Arkansas, whose registered agent for service is UCS of Arkansas, Inc., 300 Spring Building, Suite 900, 300 S. Spring Street, Little Rock, Arkansas 72201.

3.    The acts and events giving rise to this action occurred within Pulaski County, Arkansas.

4.    This Court has jurisdiction over the parties and subject matter pursuant to this Court's jurisdiction over personal injury claims predicated on negligence, such jurisdiction granted by Arkansas Code Annotated §16-13-201.

2

5.  Venue is proper in this Court based on the location of the incident giving rise to this claim and/or the parties hereto.

**FACTS**

6.  That on or about January 4, 2018, Plaintiff traveled to the Mapco located at 8818 Kanis Road, Little Rock, Arkansas 72205.

7.  At all times relevant hereto, Plaintiff was lawfully on Defendant's business premises, as a business invitee.

8.  At all times relevant hereto, Defendant controlled, maintained, operated and possessed the afore-mentioned business premises.

9.  Plaintiff entered Mapco to pre-pay for gas from the attendant.

10. Plaintiff exited the store and tripped over a raised curb in the parking lot causing her to hit her knees and face on the concrete parking lot. The raised curb was the same color as the surface of the parking lot and there were no "caution signs" or other markings to warn patrons of the danger presented by the raised curb, at the time of Plaintiff's fall.

11. As a result of the fall, the Plaintiff sustained injuries.

12. Plaintiff subsequently sought medical treatment as a result of the fall, and to date, continues to suffer pain.

13. By reason of the negligence of Defendant stated herein, Plaintiff required treatment by medical physicians, and other health service providers; and has incurred expenses for said care and treatment.

14. By reason of the negligence of Defendant, Plaintiff endured pain and suffering as a result of the injuries described herein.

3

15.    As a direct and proximate result of her injuries, Plaintiff suffered damages as set forth herein.

## COUNT 1: NEGLIGENCE

16.    Plaintiff hereby incorporates paragraphs 1 through 15 herein by reference.

17.    At all times relevant to this action, Defendant had a duty to Plaintiff as a business invitee to use ordinary care to maintain the premises in a reasonably safe condition.

18.    Defendant owed a duty to business invitees, including Plaintiff, to anticipate the risk of harm to invitees and take precautions to guard against such harm.

19.    Defendant, by and through its authorized agents, employees, or representatives, breached this duty to Plaintiff by negligently failing to keep the floor free from hazards in an area where it is reasonable to assume customers would have to transverse.

20.    The breach created an unsafe condition for business invitees such as Plaintiff.

21.    In the alternative, Defendant, or its authorized agents, employees, or representatives, breached their duty to Plaintiff by allowing the raised curb to remain unpainted, causing an unsafe condition, for such an amount of time that Defendants knew or should have known of its presence, and failed to remove or address the dangerous condition.

22.    Defendant breached its duty to use ordinary care to inspect and maintain the premises in a reasonably safe condition for Plaintiff, who was a business invitee to which Defendant owed the highest degree of care.

23.    Defendant carelessly and negligently allowed the raised curb to remain unpainted creating an unsafe condition of the premises controlled, maintained and operated by it, and such

4

caused the Plaintiff to trip and fall with such a force as to cause physical injury and necessitated subsequent medical treatment.

24.     Defendant carelessly and negligently allowed the raised curb to remain unpainted creating an unsafe condition of the premises controlled, maintained and operated by it,  that Defendants knew or reasonably should have known of its presence, and failed to use ordinary care to remove or address it.

25.     Defendant carelessly and negligently failed to use ordinary care to maintain the premises in a reasonably safe condition.

26.     As a direct and proximate result of Defendant's acts, or failure to act, as set forth herein, Plaintiff suffered damages as stated in Prayer for Relief.

**PRAYER FOR RELIEF**

27.     As a direct and proximate result of the Defendant's conduct, Plaintiff is entitled to the following damages;

    a.     Past and present medical care, treatment, services, expenses and costs;

    b.     Past and present pain suffering and mental anguish;

    c.     Future pain and suffering;

28.     Plaintiff reserves the right to plead further in this matter, to amend the Complaint, and file additional pleadings, as allowed by the Rules.

**WHEREFORE**, Plaintiff, Roberta Jones, respectfully prays for a judgment against the Defendant, Mapco Express, Inc., in an amount adequate to compensate her for the injuries and damages she has sustained. The Plaintiff further prays for cost, interest and all other just and proper

5

relief in which she may be entitled. Plaintiff reserves the right to amend further herein. The Plaintiff

prays for a jury trial.

Respectfully submitted,

Taylor King Law
410 N. Thompson St., Suite B
Springdale, AR 72764
Telephone: (870) 246-0505


By:       _ _/s/ Cheston Wright_____
Cheston Wright, AR Bar No. 2020187
*Attorney for Plaintiff*

ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2020-Dec-10  08:45:18
60CV-20-6899
C06D09 : 6 Pages

COURT:      IN THE CIRCUIT COURT OF PULASKI COUNTY

Docket/Case Number:  60CV-20-6899


CASE NAME:
PLAINTIFF/
PETITIONER:          ROBERTA JONES


DEFENDANT/
RESPONDENT:          MAPCO EXPRESS, INC.


TITLE OF PLEADING
OR DOCUMENT
BEING FILED          PROOF OF SERVICE

# Davis Process Service L.L.C.

**1524 S. Main Street**
**Little Rock, AR 72202**
**501-376-8379    FAX 501-376-8479**

### PULASKI COUNTY CIRCUIT COURT

**STATE OF ARKANSAS**

**COUNTY OF PULASKI**

**Case Number:**  60CV-20-6899

**Date Received:** 08-Dec-20

**Attorney:** Cheston A. Wright

**Attorney:**

**Plaintiff:**  Roberta Jones

On Tuesday, December 8, 2020 at 11:45 AM I have duly served this

SUMMONS/LETTER/COMPLAINT/PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED UPON DEFENDANT

on Mapco Express, Inc. by the following manner of service:  by delivering a true copy to: Jeff Johnson - of UCS of Arkansas,Inc.. Address where party served:  AFS:UCS of Arkansas, Inc., 300 South Spring Street, Suite 900, Little Rock, AR 72201.

Client No:

Fee: $65.00

Process server: Tim Sibert

Subscribed and sworn to before me on Wednesday, December 9, 2020

My Commission expires

Joyce Clarke, Notary Public



### IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
### CIVIL DIVISION

**ROBERTA JONES**                                                             **PLAINTIFF**

**V.**                                  **CASE NO.   60CV-20-**

**MAPCO EXPRESS, INC.**                                              **DEFENDANT**

### SUMMONS

*THE STATE OF ARKANSAS TO DEFENDANT:*

**Mapco Express, Inc.**
**UCS of Arkansas, Inc.**
**300 Spring Building, Suite 900**
**300 S. Spring Street**
**Little Rock, Arkansas 72201**

A lawsuit has been filed against you.  The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: *Cheston Wright, Taylor King Law, P.A., 410 N. Thompson St., Suite B, Springdale, AR 72764.*

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.   Additional Notices: Interrogatories and Requests for Production of Documents included.

PULASKI COUNTY CLERK OF COURT

Address of Clerk's Office:
401 W. Markham St., #100
Little Rock, AR 72201

By: _____, DC

Date: _____

[SEAL]

*No60CV-20-      This summons is for Mapco Express, Inc..*

**PROOF OF SERVICE**

☐ On _____ [date] I personally delivered the summons and complaint to the defendant at _____ [place]; or

☐ After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or

☐ On _____ [date] I left the summons and complaint with _____, a member of the defendant's family at least 18 years of age, at _____ [address], a place where the defendant resides; or

☑ On *12 8 20  11:45Am* [date] I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant]; or
      *Jeff Johnson of ☒ LCS of Arkansas, Inc.*

☐ On _____ [date] at _____ [address], where the defendant maintains an office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with
_____ [name and job description]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service because: _____

_____

My fee is $ _____.

*To be completed if service is by a sheriff or deputy sheriff:*

Date: _____          SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
[Signature of server]

_____
[Printed name, title, and badge number]

*To be completed if service is by a person other than a sheriff or deputy sheriff:*

Date: ___**DEC 0 9 2020**___          By: _____
[Signature of server]

Tim Sibert
[Printed name]

Address: _____
_____ street
Little ___, AR 72202
Phone: _____ (5.____ 3379

Subscribed and sworn to before me this date: ___**DEC 0 9 2020**___

Jare Clare
Notary Public

My commission expires: _____

Additional information regarding service or attempted service:

_____

_____



Arkansas Judiciary

**Case Title:**     ROBERTA JONES V MAPCO EXPRESS, INC

**Case Number:**   60CV-20-6899

**Type:**          SUMMONS - FILER PREPARED

So Ordered

*Lynda Quinn*

Linda Quinn

Electronically signed by LFQUINN on 2020-12-07 09:57:03     page 4 of 4