IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERTA JONES**                                                                                             **PLAINTIFFS**

v.                                          No. 4:20-cv-1481-DPM

**MAPCO EXPRESS INC.**                                                                                **DEFENDANTS**

## JUDGMENT

Jones's complaint is dismissed with prejudice. The Court retains jurisdiction until 30 April 2022 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

18 Feb. 2022